**358**

## BURNS v. STATE.
### No. 17927.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

Baker & Baker, of Coleman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being two years and six months in the penitentiary.

Since the conviction the law upon which the prosecution was predicated has been repealed without any saving clause. See Meadows v. State (Tex.Cr.App.) 88 S.W. (2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

## MANSKE v. STATE.
### No. 17922.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

W. S. Leslie and E. E. Murphy, both of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of a still for manufacturing spirituous liquor capable of producing intoxication; the punishment, confinement in the penitentiary for two years.

Pending appeal, the law under which appellant was convicted has been repealed.

The judgment is-reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.